PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:93CR05021 002 OWW** |
| ) | |
| **Stephen Donald Kosinski** ) | |
| ) | |

On August 26, 2006, the above-named was placed on supervised release for a period of 10 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Melinda Peyret

**Melinda S. Peyret
Senior United States Probation Officer**

Dated:   07/16/2007
         Fresno, California
         MSP:mb

**REVIEWED BY:**      /s/ Bruce Vasquez
                     **Bruce A. Vasquez
                     Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:  STEPHEN DONALD KOSINSKI**
   **Docket Number:   1:93CR05021 002 OWW**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   July 31, 2007**                             /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE